UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ALBERT E. BANKS, JR.** | : | **DOCKET NO. 22-CV-00697**<br>**SECTION P** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **JOSHUA CRADDOCK, ET AL** | : | **MAGISTRATE JUDGE KAY** |

**REPORT AND RECOMMENDATION**

Before the court is the original and amended civil rights complaints [docs. 1, 7] filed pursuant to 42 U.S.C. § 1983 by plaintiff Albert E. Banks, Jr., who is proceeding *pro se* and *in forma pauperis* in this matter. Banks is incarcerated at the Jefferson County Correctional Facility in Beaumont, Texas, but the claims raised herein arise out of a traffic stop that took place in Cameron, Louisiana.

In his original complaint, Banks alleged various constitutional violations on the part of the arresting and investigating officers in connection with a traffic stop that took place on March 5, 2021, in Cameron, Louisiana. Doc. 1. However, in his amended complaint, plaintiff concedes that charges against him in connection with this traffic stop are still pending in Cameron Parish and, as such, he wishes to voluntarily dismiss the instant action at this time. Doc. 7.

Accordingly,

**IT IS RECOMMENDED** that Banks' complaint be **DISMISSED WITHOUT PREJUDICE**.

Under the provisions of 28 U.S.C. Section 636(b)(1)(C) and Rule 72(b), parties aggrieved by this recommendation have fourteen (14) business days from service of this report and

recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within fourteen (14) days after being served with a copy of any objections or response to the district judge at the time of filing.

Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within fourteen (14) days following the date of its service, or within the time frame authorized by Fed.R.Civ.P. 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error. See, *Douglass v. United Services Automobile Association*, 79 F.3d 1415 (5th Cir. 1996).

THUS DONE AND SIGNED in Chambers this 29th$^{th}$ day of August, 2022.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE